IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINALD GREEN, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:07-cv-0052 (RBW) |
| AMERICAN UNIVERSITY, et al., ) | |
| Defendants. ) | |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to LCvR 83.6(a), Rebecca M. Carr hereby gives notice of her entry of appearance as counsel for Defendants American University and Benjamin Ladner.

DATED: February 23, 2007          Respectfully submitted,

/s/
Rebecca M. Carr (D.C. Bar No. 488274)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, DC 20037-1122
Telephone: (202) 663-8000
Facsimile: (202) 663-8007

*Counsel for Defendants*
*American University and Benjamin Ladner*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2007, the foregoing "Entry of Appearance" was served by first class mail, postage prepaid, on the following counsel of record:

        Sheldon L. Gnatt
        KNIGHT, MANZI, NUSSBAUM & LAPLACA
        14440 Old Mill Road
        Upper Marlboro, MD 20772

        _____
        Rebecca M. Carr