UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINALD GREEN | * |
| *Plaintiff* | * |
| v. | *   Civil Action No.: 1:07-cv-0052 (RBW) |
| AMERICAN UNIVERSITY | * |
| and | * |
| BENJAMIN LADNER | * |
| *Defendants* | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT MEET AND CONFER STATEMENT
PURSUANT TO LOCAL RULE 16.3**

COME NOW the parties, by their undersigned respective counsel, pursuant to LCvR 16.3, of the United States District Court Rules for the District of Columbia, Civil Rules, and files this Joint Report of their telephone conference pursuant to LCvR 16.3, held on February 20, 2007. There were no matters about which the parties disagreed. The parties agree to the following:

(1) Defendants' counsel anticipates filing a Dispositive Motion for Summary Judgment at the conclusion of discovery.

(2) A joinder of additional parties and amendments of the pleadings shall be filed within 45 days from the date of the conference; i.e., on or before April 6, 2007.

(3) The parties do not agree to having the case assigned to a Magistrate Judge for all purposes.

(4) The parties have not explored settlement, but intend to do so in good faith and promptly (see No. 5 below).

(5) The parties agree that the case could benefit from the Court's ADR procedures and that cost savings and other practical advantages would flow from conducting ADR/mediation prior to conducting formal discovery. The parties contemplate the possibility of an informal exchange of specific items of information prior to an ADR/mediation session.

(6) The parties propose that Motions for Summary Judgment be filed on or before September 24, 2007; oppositions thereto to be filed on or before October 24, 2007; and replies on or before November 5, 2007.

(7) The parties will provide the initial disclosures required by Rule 26(a)(1), Federal Rules of Civil Procedure, on or before March 6, 2007.

(8) The parties will serve written discovery (Interrogatories, Requests for Production of Documents, Requests for Admissions) on or before April 23, 2007. Depositions, by agreement, will be limited to five per side. Discovery will close on July 23, 2007.

(9) The parties do not contemplate using expert witnesses. In any event, they are not requesting any modification to the requirements relating to the exchange of expert witness reports and information.

(10) This is not a class action.

(11) The parties do not believe that the trial or discovery should be bifurcated or managed in phases.

(12) The parties propose January 14, 2008 as the date for the pretrial conference.

(13) The parties prefer that the court set a trial date at the pretrial conference.

(14) There are no other matters that the parties believe are appropriate for inclusion in a Scheduling Order.

**STATEMENT OF THE CASE, STATEMENT OF FACTS AND STATUTORY BASIS FOR ALL CAUSES OF ACTION AND DEFENSES**

The plaintiff, Reginald Green, has asserted claims against American University ("the University") under the Americans With Disabilities Act, 42 U.S.C. § 12101 et seq. ("ADA") and against the University and its former president, Benjamin Ladner, under the D.C. Human Rights Act, D.C. Code § 2-1401 et seq. ("DCHRA"). In addition, Mr. Green asserts a "wrongful termination" claim against each defendant. Plaintiff has also advised, through counsel, that he may amend the Complaint to add a claim of negligent infliction of emotional distress. Plaintiff asserts that: On August 16, 2004, Plaintiff was hired as a Chauffer/Office Assistant to Benjamin Ladner, then-president of the University. At the time of his application for the position, Plaintiff informed the Defendants that he had physical and/or mental health condition(s) which would require certain accommodations. The Plaintiff has physical and/or mental impairments that substantially limit one or more major life activities and come within the protection of the ADA and the DCHRA. The Plaintiff requested that reasonable accommodations be made for his disabilities. Defendants denied these requests for accommodations. On or about December 3, 2004, Defendants terminated Plaintiff's employment because Plaintiff's requested accommodations made him "unable to meet employment expectations."

Defendants' position is that it is unlikely that Mr. Green will be able to establish any of his claims. He must demonstrate that he is disabled, that he requested reasonable accommodations for his disability, that he was fired due to this disability, and that he had a physical injury resulting in emotional distress or that he was in "a zone of physical danger" created by the defendants' negligence and he feared for his safety. He will be unable to do so. Specifically, Mr. Green is not disabled under the applicable statutes; he did not request reasonable accommodations and was not denied accommodations; he was not fired because of his disability and the record of the University's counseling of his employment deficiencies is well-documented; he was a short-term employee who was fired for unsuccessfully completing his probationary period; and his claims were denied by both the D.C. Office of Human Rights ("DCOHR") and the U.S. Equal Employment Opportunity Commission ("EEOC").

DATED: March 6, 2007        Respectfully submitted,

*[signature]*
Sheldon L. Gnatt (D. C. Bar No. 362405)

*[signature: Andrew W. Nussbaum by SL Gnatt]*
Andrew W. Nussbaum  (D. C. Bar No. 317446)
KNIGHT, MANZI, NUSSBAUM & LaPLACA, P.A.
14440 Old Mill Road
Upper Marlboro, MD  20772
(301) 952-0100
*Attorneys for Plaintiff, Reginald Green*


*[signature]*
Christine N. Kearns (D.C. Bar No. 416339)
Rebecca M. Carr (D.C. Bar No. 488274)
PILLSBURY WINTHROP SHAW PITTMAN
2300 N Street, NW
Washington, DC 20037-1128
(202) 663-8000
*Attorney for Defendants, American University
 and Benjamin Ladner*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINALD GREEN *<br>*<br>*Plaintiff* *<br>*<br>v. *  Civil Action No.: 1:07-cv-0052 (RBW)<br>*<br>AMERICAN UNIVERSITY *<br>*<br>and *<br>*<br>BENJAMIN LADNER *<br>*<br>*Defendants* *<br>* | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PROPOSED SCHEDULING ORDER

COME NOW the parties, by their respective undersigned counsel, pursuant to LCvR 16.3(d), and propose the following Scheduling Order for this case:

Initial disclosures required by Rule 26(a)(1): March 6, 2007.

Joinder of additional parties and amendments to the pleadings: April 6, 2007.

Deadline to serve written discovery: April 23, 2007.

Close of discovery: July 23, 2007.

Deadline for filing dispositive motions: September 24, 2007.

Opposition to dispositive motions: October 24, 2007.

Reply to opposition to dispositive motions: November 5, 2007.

Pretrial conference: January 14, 2008.

DATED: March 6, 2007        Respectfully submitted,

_____
Sheldon L. Gnatt (D. C. Bar No. 362405)

_____
Andrew W. Nussbaum  (D. C. Bar No. 317446)
KNIGHT, MANZI, NUSSBAUM & LaPLACA, P.A.
14440 Old Mill Road
Upper Marlboro, MD  20772
(301) 952-0100
*Attorneys for Plaintiff, Reginald Green*


_____
Christine N. Kearns (D.C. Bar No. 416339)
Rebecca M. Carr (D.C. Bar No. 488274)
PILLSBURY WINTHROP SHAW PITTMAN
2300 N Street, NW
Washington, DC  20037-1128
(202) 663-8000
*Attorney for Defendants, American University and Benjamin Ladner*

2