## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| REGINALD GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  1:07-cv-0052 (RBW) |
| | ) | |
| AMERICAN UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

### UNOPPOSED MOTION TO AMEND JOINT PROPOSED SCHEDULING ORDER

Defendants American University and Benjamin Ladner (collectively "Defendants")

respectfully move to amend the Proposed Scheduling Order submitted jointly by the parties on

March 6, 2007, which has not yet been entered by the Court.

### Status of the Case

Plaintiff filed his Complaint in the Superior Court for the District of Columbia on

November 27, 2006.  Defendants removed the case to this Court on January 10, 2006, and filed

their Answer on January 29, 2007.  Pursuant to LCvR 16.3, the parties exchanged initial

disclosures and filed their Joint Meet and Confer Statement and Proposed Scheduling Order on

March 6, 2007.  The Proposed Scheduling Order has not yet been entered by the Court.

On June 27, 2007, the parties orally agreed to a short discovery extension, but did not set

new deadlines.  At this time, both parties have exchanged and responded to written discovery,

and the deposition of Plaintiff is scheduled for August 27, 2007.

The initial scheduling conference will be held on September 11, 2007.

## Proposed Revised Scheduled

Defendants propose the following revised schedule:

|  | Current Date | Proposed Date |
|---|---|---|
| Close of discovery | July 23, 2007 | October 1, 2007 |
| Deadline for filing dispositive motions | September 24, 2007 | December 3, 2007 |
| Opposition to dispositive motions | October 24, 2007 | January 4, 2008 |
| Reply to opposition to dispositive motions | November 5, 2007 | January 14, 2008 |
| Pretrial conference | January 14, 2008 | March 14, 2008 |

Extending the proposed schedule by approximately two months is sufficient to provide the parties with the time necessary to complete discovery, without prejudice to either party. Pursuant to LCvR 7(m), Counsel for Defendants contacted Counsel for Plaintiff to discuss this motion. Plaintiff's Counsel consented to the motion and the proposed revised schedule.

## Conclusion

Defendants respectfully request that the Court grant this motion and amend the Proposed Scheduling Order accordingly.

DATED:        August 22, 2007                     Respectfully submitted,


                                     /s/ Rebecca M. Carr
                                     Christine N. Kearns (D.C. Bar No. 416339)
                                     Rebecca M. Carr (D.C. Bar No. 488274)
                                     PILLSBURY WINTHROP SHAW PITTMAN LLP
                                     2300 N Street, N.W.
                                     Washington, DC  20037-1122
                                     Telephone: (202) 663-8000
                                     Facsimile: (202) 663-8007

                                     *Counsel for Defendants*
                                     *American University and Benjamin Ladner*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2007, the foregoing "Unopposed Motion to

Amend Joint Proposed Scheduling Order" was filed electronically and served by first class mail,

postage prepaid, on the following counsel of record:

> Andrew W. Nussbaum
> Sheldon L. Gnatt
> KNIGHT, MANZI, NUSSBAUM & LAPLACA
> 14440 Old Mill Road
> Upper Marlboro, MD 20772

Rebecca M. Carr

400626326v1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| REGINALD GREEN, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:07-cv-0052 (RBW) |
| AMERICAN UNIVERSITY, et al., | ) |
| Defendants. | ) |

## __ORDER__

UPON CONSIDERATION of the Defendants' Unopposed Motion to Amend Joint

Proposed Scheduling Order, and the entire record in this case, it is this __ day of

_____, 2007, by the United States District Court for the District of Columbia,

ORDERED, that Defendants' Unopposed Motion is hereby, GRANTED; and it is further

ORDERED, that the Proposed Scheduling Order be amended as follows:

| | |
|---|---|
| Close of discovery | October 1, 2007 |
| Deadline for filing dispositive motions | December 3, 2007 |
| Opposition to dispositive motions | January 4, 2008 |
| Reply to opposition to dispositive motions | January 14, 2008 |
| Pretrial conference | March 14, 2008 |

The Honorable Reggie B. Walton

400626563v1

Copies to:

Christine N. Kearns
Rebecca M. Carr
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, DC  20037-1122

*Counsel for Defendants*
*American University and Benjamin Ladner*

Andrew Wayne Nussbaum
Sheldon L. Gnatt
KNIGHT, MANZI, NUSSBAUM & LAPLACA
14440 Old Mill Road
Upper Marlboro, MD 20772

*Counsel for Plaintiff Reginald Green*

400626563v1