IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINALD GREEN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AMERICAN UNIVERSITY, et al., )<br>)<br>Defendants. )<br>)<br>) | Case No. 1:07-cv-0052 (RBW) |

**DEFENDANT'S OPPOSITION TO MOTION TO REVISE OR SUSPEND
SCHEDULING ORDER AND FOR ALTERNATIVE DISPUTE RESOLUTION**

Defendants American University and Benjamin Ladner (collectively "Defendants") respectfully submit this Opposition to Plaintiff Reginald Green's Motion to Revise or Suspend Scheduling Order and for Alternate Dispute Resolution.

This is a straightforward case involving an at-will employee who was terminated during his four-month probationary period for documented unsuccessful performance as a driver. Mr. Green claims that he was denied an accommodation for an alleged disability – stopping to use the bathroom during a drive from Philadelphia to Washington, D.C. due to his anal fissure – and fired on the basis of the alleged disability.

Defendants attempted a practical approach of initiating settlement discussions prior to discovery in an attempt to avoid unnecessary expense. Those negotiations proved unsuccessful, and the parties proceeded with discovery.

The parties have now completed discovery. It is undisputed that Mr. Green has no evidence of a disability during the period that he worked at American University and that, nevertheless, his request for an alleged "accommodation" was granted. In addition, it is

undisputed that Dr. Ladner, and others, found Mr. Green's driving and professionalism to be poor. For example, Dr. Ladner reported to his Executive Assistant (and Mr. Green's supervisor) that Mr. Green would routinely turn right from the left-hand lane; drive dangerously slow on the highway; stop five-car lengths behind other cars at traffic lights and maintain that same distance between cars while driving in the city; and, at least once, hugged Mrs. Ladner like an old family friend when he met her upon her return at an airport. It is also undisputed that an American University employee who had no knowledge of Mr. Green's alleged disability reported to Dr. Ladner that "of all the drivers, [Mr. Green] was the worst, by far." Finally, Mr. Green has no damages, as he quickly procured a higher paying job after his termination. Not surprisingly, Defendants intend to file a motion for summary judgment.

In the face of this, Plaintiff has asked to stay the entire case and have the matter referred to court-ordered mediation. A settlement of this case, if it could be settled at all, could have been negotiated through experienced counsel without ADR and should have happened <u>before</u> discovery commenced. If the Court disagrees and refers the matter to ADR, Defendants would of course participate. There is no legal or practical basis, however, to modify or suspend the Scheduling Order in order to do so.

Accordingly, Defendants respectfully request that the Court deny Plaintiff's Motion to Revise or Suspend Scheduling Order and for Alternate Dispute Resolution.

2

400651240v1

DATED:	October 9, 2007			Respectfully submitted,

                                             /s/ Rebecca M. Carr
_____
Christine N. Kearns (D.C. Bar No. 416339)
Rebecca M. Carr (D.C. Bar No. 488274)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, DC  20037-1122
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
christine.kearns@pillsburylaw.com
rebecca.carr@pillsburylaw.com

*Counsel for Defendants*
*American University and Benjamin Ladner*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2007, the foregoing "Defendants' Opposition to Motion to Revise or Suspend Scheduling Order and For Alternative Dispute Resolution" was filed electronically and served by first class mail, postage prepaid, on the following counsel of record:

>Andrew W. Nussbaum
>Sheldon L. Gnatt
>KNIGHT, MANZI, NUSSBAUM & LAPLACA
>14440 Old Mill Road
>Upper Marlboro, MD 20772

>/s/ Rebecca M. Carr
>Rebecca M. Carr
>PILLSBURY WINTHROP SHAW PITTMAN LLP
>2300 N Street, N.W.
>Washington, DC 20037-1122
>Telephone: (202) 663-8000
>Facsimile: (202) 663-8007
>rebecca.carr@pillsburylaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REGINALD GREEN, )
 )
                Plaintiff, )
 )
vs. )   Case No. 1:07-cv-0052 (RBW)
 )
AMERICAN UNIVERSITY, et al., )
 )
                Defendants. )
 )

## ORDER

UPON CONSIDERATION of the Plaintiff's Motion to Revise or Suspend Scheduling Order and for Alternative Dispute Resolution, the Defendants' Opposition thereto, and the entire record in this case, it is this ___ day of _____, 2007, by the United States District Court for the District of Columbia,

ORDERED, that the Plaintiff's Motion to Revise or Suspend Scheduling Order and for Alternative Dispute Resolution is DENIED.

                                                _____
                                                The Honorable Reggie B. Walton

Copies to:

Christine N. Kearns
Rebecca M. Carr
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, DC 20037-1122

*Counsel for Defendants*
*American University and Benjamin Ladner*

Andrew Wayne Nussbaum
Sheldon L. Gnatt
KNIGHT, MANZI, NUSSBAUM & LAPLACA
14440 Old Mill Road
Upper Marlboro, MD 20772

*Counsel for Plaintiff Reginald Green*

2

400651535v1