UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| REGINALD GREEN, | : | |
| | : | |
| Plaintiff | : | Civil Action Case No. 07-52 |
| | : | |
| v. | : | |
| | : | |
| AMERICAN UNIVERSITY and BENJAMIN LADNER | : | |
| | : | |
| Defendants | : | |

## ORDER OF REFERRAL AND SCHEDULING ORDER

In accordance with the motion hearing on the plaintiff's Motion to Revise or Suspend Scheduling, it is hereby

ORDERED that the plaintiff's motion [D.E. # 12] is granted. It is further

ORDERED that this matter shall be referred to a Magistrate Judge for settlement discussions for a period of sixty (60) days, commencing on October 19, 2007 and concluding on December 21, 2007. It is further

ORDERED that dispositive motions shall be filed by January 25, 2008, oppositions are due by February 22, 2008 and replies are due by March 7, 2008. It is further

ORDERED that a Pretrial Conference shall be held in this matter on June 13, 2008 at 11:30 a.m.

SO ORDERED this 19th day of October, 2007.

REGGIE B. WALTON
United States District Judge