IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINALD GREEN,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN UNIVERSITY, et al.,<br><br>　　　　　　　Defendants. | Case No. 1:07-cv-0052 (RBW) |

**UNOPPOSED MOTION TO RESCHEDULE PRETRIAL CONFERENCE**

Defendants American University and Benjamin Ladner (collectively "Defendants") respectfully move to reschedule the Pretrial Conference currently scheduled for October 24, 2008.

**Status of the Case**

Defendants filed a Motion for Summary Judgment on January 25, 2008 (Doc. No. 15). Plaintiff filed his response thereto on February 22, 2008 (Doc. No. 16). Defendants thereafter filed a Reply on March 7, 2008 (Doc. No. 17). Defendants then filed a Notice of Supplemental Authority on May 23, 2008 (Doc. No. 18). On June 10, 2008, the Court continued the Pretrial Conference from June 13, 2008, to October 24, 2008.

**Proposed Rescheduled Pretrial Conference**

Christine N. Kearns, lead counsel for Defendants, currently has a three-week trial scheduled to begin on October 20, 2008 in *Downey Savings & Loan Association, F.A. v. Chevy Chase Bank, F.S.B., et al.*, No. 06CC11885 (Orange County Super. Ct. filed Nov. 9, 2006). Therefore, Defendants respectfully request that the Pretrial Conference in this matter be rescheduled. Defendants propose the four following dates for the Pretrial Conference:

November 14, 2008; November 21, 2008; December 5, 2008; or December 12, 2008.

Pursuant to LCvR 7(m), Counsel for Defendants contacted Counsel for Plaintiff to discuss this motion. Plaintiff's Counsel consented to the motion and to the proposed dates listed above.

## Conclusion

Defendants respectfully request that the Court grant this motion and reschedule the Pretrial Conference accordingly.

DATED:    June 12, 2008                    Respectfully submitted,

                                                      /s/
Christine N. Kearns (D.C. Bar No. 416339)
Rebecca M. Carr (D.C. Bar No. 488274)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, DC  20037-1122
Telephone: (202) 663-8000
Facsimile: (202) 663-8007

*Counsel for Defendants*
*American University and Benjamin Ladner*